UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NEBIYU SOLOMON,

    Plaintiff,

v.

STATE OF CALIFORNIA, et al.,

    Defendants.

Case No. 25-cv-05100-TLT

**ORDER OF DISMISSAL**

Plaintiff, who is detained at Napa State Hospital for competency proceedings pursuant to California Penal Code section 1370, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. Plaintiff's complaint was dismissed, and plaintiff was given leave to file a first amended complaint. Dkt. No. 11. The deadline has now passed, and plaintiff has neither filed an amended complaint nor sought an extension of time to do so. This case is therefore dismissed without prejudice.

The clerk shall terminate any pending motions, enter judgment for defendants, and close the file.

**IT IS SO ORDERED.**

Dated: December 19, 2025

TRINA L. THOMPSON
United States District Judge